IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v. Case No.: 5:26-MJ-232 (MJK)

DYLAN DANIELL,

Defendant

---

MATTHEW J. MCCROBIE, Assistant United States Attorney
GABRIELLE DIBELLA, Assistant Federal Public Defender for Defendant

MITCHELL J. KATZ, United States Magistrate Judge

ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant has been charged by Criminal Complaint with Threatening a Federal law enforcement officer with intent to impede, intimidate or interfere, in violation of Title 18 U.S.C. Section 115(a)(1)(B). (Dkt. No. 1.)

During the Detention Hearing held on October 15, 2026, defendant, through counsel, voluntarily waived his right to a preliminary hearing. I find that the defendant has knowingly and voluntarily waived his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, including defendant's voluntary representation, it is hereby

ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to have been knowing and intelligent and voluntary, is accepted.

Dated: October 15, 2026

Mitchell J. Katz
U.S. Magistrate Judge